| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:90-15-B |
| | DOCKET NUMBER *(Rec. Court)* |
| | 04-10281 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Raoul R. St. Pierre<br>14 Everett Street<br>Allston, Ma 02134 | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | D. Brock Hornby, U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>01/07/04 | TO<br>01/06/06 |

**OFFENSE**

Transportation of Firearms in Interstate Commerce by a person convicted of a crime punishable by imprisonment for a term exceeding one year.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/24/04
_Date_                                     _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 15, 2004
_Effective Date_                                _United States District Judge_